The People of the State of New York ex rel. Charles Vetter, Relator, v. Thomas M. Quinn, Sheriff of the County of Queens, Respondent.— Deter-

mination confirmed, with fifty dollars costs and disbursements, and writ dismissed. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Queens Terminal Company, Respondent, v. J. Carl Schmuck and Others, Appellants, Impleaded with Others.— Reargument ordered on the questions involved in the application for the appointment of commissioners and case set down for Thursday, April 27, 1911. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.